STATE OF    NEW YORK                                                    INDEX NO:  08CIV.06411
COURT:    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT               DateFiled:

Plaintiff(s)/Petitioner(s)    VIRGINIA GARDNER, AND BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED

Defendant(s)/Respondent(s)    MILLER & MILONE, P.C., ET AL                    Vs.

STATE OF    NEW YORK
COUNTY OF:  WESTCHESTER                                                                      SS.

The undersigned deponent, being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age
and resides in the State of    NEW YORK                          Deponent served the within process as follows:
Process Served:

SUMMONS AND FIRST AMENDED CLASS ACTION COMPLAINT

Party Served:    MILLER & MILONE, P.C.

At Location:    100 QUENTIN ROOSEVELT BLVD., STE. 205

GARDEN CITY, NY  11530

Date of Service    7-31-08              Time of service    4·08 PM

☑ *Check boxes that apply to this service:*

| | | |
|---|---|---|
| ☐ | #1, INDIVIDUAL | By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein. |
| ☑ | #2, CORPORATION | By delivering to and leaving with **Christina Milone** and that deponent knew the person so served to be the **Partner** of the corporation and authorized to accept service.. |
| ☐ | #3, SUITABLE AGE PERSON | By delivering to and leaving with _____ a person of suitable age and discretion.  Said premises is recipient's  [ ]actual place of business   [ ]dwelling house(usual place of abode) within the state. |
| ☐ | #4, AFFIXING TO DOOR | By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business        [ ]dwelling house(usual place of abode) within the state. |
| ☐ | #5, MAILING COPY | On_____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of_____ Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the _____ day of _____ at _____ on the _____ day of _____ at _____ on the _____ day of _____ at _____ on the _____ day of _____ at _____ |
| ☐ | #6, NON-SERVICE | After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address    [ ] Evading [ ] Moved left no forwarding   [ ] Address does not exist [ ] Other _____ |
| ☑ | #7, DESCRIPTION | A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows: Sex: **F**    Color of Skin:**White**    Color of Hair: **Brown**  Age:**45**    Height **5'6** Weight **130**    Other Features_____ |
| ☐ | #8, WITNESS FEES | $_____the authorizing traveling expenses and one day's witness fee was paid(tendered) to the recipient. |
| ☐ | #9, MILITARY SERVICE | Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed _____ was  not. |

Sworn to before me on    August 4, 2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4565052
Qualified in Westchester County
Commission Expires September 30 2010

Amer Levy

*Gail Williams*