| | |
|---|---|
| STATE OF: NEW YORK | INDEX NO: 08CIV.06411 |
| COURT: UNITED STATES DISTRICT COURT SOUTHERN DISTRICT | DateFiled: |

Plaintiff(s)/Petitioner(s): VIRGINIA GARDNER, AND BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED

Vs.

Defendant(s)/Respondent(s): MILLER & MILONE, P.C., ET AL

STATE OF NEW YORK
COUNTY OF: WESTCHESTER      SS.

The undersigned deponent, being duly sworn deposes and say that said deponent is not a party to this action, is over 18 years of age and resides in the State of NEW YORK    Deponent served the within process as follows:

Process Served: SUMMONS AND FIRST AMENDED CLASS ACTION COMPLAINT
Party Served: CHRISTINA MILONE
At Location: 100 QUENTIN ROOSEVELT BLVD., STE. 205

GARDEN CITY, NY 11530

Date of Service: 7-31-08     Time of service: 4:08 PM

☑ Check boxes that apply to this service:

☑ #1, INDIVIDUAL — By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

☐ #2, CORPORATION — By delivering to and leaving with _____ and that deponent knew the person so served to be the _____ of the corporation and authorized to accept service..

☐ #3, SUITABLE AGE PERSON — By delivering to and leaving with _____ a person of suitable age and discretion. Said premises is recipient's [ ]actual place of business [ ]dwelling house(usual place of abode) within the state.

☐ #4, AFFIXING TO DOOR — By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ]dwelling house(usual place of abode) within the state.

☐ #5, MAILING COPY — On _____, deponent completed service under the last two sections by depositing a copy of the _____ to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of _____
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____
on the _____ day of _____ at _____

☐ #6, NON-SERVICE — After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other _____

☑ #7, DESCRIPTION — A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex: F    Color of Skin: WHITE    Color of Hair: BROWN    Age: 45    Height: 5'6
Weight: 130    Other Features: _____

☐ #8, WITNESS FEES — $_____ the authorizing traveling expenses and one day's witness fee was paid(tendered) to the recipient.

☑ #9, MILITARY SERVICE — Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed She was not.

Sworn to before me on August 4, 2008

GAIL WILLIAMS
Notary Public, State of New York
No. 4605052
Qualified in Westchester County
Commission Expires September 30, 2010

Amir Levy